Christine A. Kingston, SBN 256503
Surf City Lawyers, APC
17011 Beach Blvd, Ste. 900
Huntington Beach, CA 92647
Tel: (714) 533-9210
Fax: (714) 547-0165
Christine@surfcitylawyers.com

*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>Sandy L. Jones,<br><br>　　　　　　Debtor. | Case No.: 2:18-bk-11634-VZ<br><br>Chapter 13<br><br>**OPPOSITION TO TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 13 CASE DUE TO MATERIAL DEFAULT OF A PLAN (TAX RETURNS/TAX REFUNDS) §1307(c)**<br><br>　　　　　HEARING DATE<br>DATE:　　March 13, 2023<br>TIME:　　11:30 AM<br>PLACE:　　255 E. Temple Street<br>　　　　　Courtroom 1368<br>　　　　　Los Angeles, CA 90012 |

**TO THE HONORABLE JUDGE VINCENT P. ZURZOLO, CHAPTER 13 TRUSTEE and ALL INTERESTED PARTIES,**

**COMES NOW** Sandy L. Jones ("Debtor"), by and through her attorney of record, opposition to the Trustee's Notice of Motion And Motion To Dismiss Chapter 13 Case Due To Material Default Of A Plan (Tax Returns/Tax Refunds) §1307(c) [Document No. 40] as follows:

Debtor will file a Motion to Modify Plan with Supporting Documents and Declarations or turn-over the required tax refunds prior to the above scheduled hearing date.

///

///

– 1 –

**WHEREFORE**, the Debtor respectfully requests that the Court deny the Trustee's Motion to Dismiss Case.

Dated: February 15, 2023                    SURF CITY LAWYERS, APC

/s/Christine Kingston
Christine A. Kingston, Attorney for
*Sandy L. Jones*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
17011 Beach Blvd., Ste 900, Huntington Beach, CA 92647

A true and correct copy of the foregoing document entitled (*specify*): _____
OPPOSITION TO TRUSTEE'S NOTICE OF MOTION AND
MOTION TO DISMISS CHAPTER 13 CASE DUE TO MATERIAL DEFAULT OF A PLAN
(TAX RETURNS/TAX REFUNDS) §1307(c),DOCKET NO: 42
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/17/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Nancy K Curry (TR)    TrusteeECFMail@gmail.com
   Christine A Kingston    christine@surfcitylawyers.com, docs@surfcitylawyers.com
   Manuel Quiogue - INACTIVE -    mq@lundquistconsulting.com
   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/17/2023 | Tracie Bell | /s/Tracie Bell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**